UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIU M. BARNETT,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID WOODALL,<br><br>  Defendant. | Case No. 14-cv-02816-WHO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 4 |

The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation recommending that I remand this action to the Superior Court of California, County of Marin, due to lack of subject-matter jurisdiction. No objection was filed within the time period to do so.

The Court finds the Report and Recommendation correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, this action shall be REMANDED to the Superior Court of California, County of Marin. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 15, 2014

_____
WILLIAM H. ORRICK
United States District Judge